PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:    510/832-5001
Facsimile:    510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiffs
MICHAEL PARNELL AND JAMIE PARNELL

PETER G. HABER  (SBN 277984)
HABER LAW FIRM
17337 VENTURA BOULEVARD, SUITE 322
Encino, CA 91316
TELEPHONE: (424) 442-9612
FACSIMILE: (424) 389-7156
PETER.HABER@HLF-LA.COM

Attorney For Defendant,
IDNANI BROTHERS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARNELL AND JAMIE PARNELL<br><br>Plaintiffs,<br><br>v.<br><br>IDNANI BROTHERS, INC. dba TRAVELODGE INN & SUITES BY WYNDHAM YUCCA VALLEY<br><br>Defendant. | CASE NO. 5:21-cv-01657-KK<br>Civil Rights<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Action Filed: October 1, 2021 |

### [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, and for good cause shown, IT IS SO ORDERED.  This matter is dismissed with prejudice.

Dated:  January 21, 2022

_____
Honorable Kenly Kiya Kato
U.S. Magistrate Judge

1